IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 10 PM 3: 30

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

ALFONSO MELITON, )
)
Plaintiff, )
)
vs. ) Civ. No. <u>05-2184-M1/P</u>
)
WEPFER MARINE, INC., )
)
Defendant. )
)

## SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was set for June 9, 2005. Prior to the conference, Matthew Hardin, counsel for plaintiff and Jeffery Jarratt, counsel for defendant submitted a joint proposed order which was approved by the Court. The following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed.R.Civ.P. 26(a)(1):**
May 30, 2005

**JOINING PARTIES:** June 30, 2005

**AMENDING PLEADINGS:** June 30, 2005

**INITIAL MOTIONS TO DISMISS:** July 29, 2005

**COMPLETING ALL DISCOVERY:** December 30, 2005

   (a) **DOCUMENT PRODUCTION:** December 30, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-11-05

    (b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: December 30, 2005

    (c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

        (1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: August 30, 2005

        (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: September 30, 2005

        (3) **EXPERT WITNESS DEPOSITIONS**: December 30, 2005

**FILING DISPOSITIVE MOTIONS**: January 31, 2006

**OTHER RELEVANT MATTERS**:

    No depositions may be scheduled to occur after the discovery cutoff date.  All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for a jury trial.  The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.  It is anticipated that the trial will last approximately 2-3 days.

    This case is appropriate for ADR.  The parties are willing to participate in court-annexed attorney mediation or private mediation before the close of discovery.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/9/05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02184 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Matthew C. Hardin
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Jon McCalla
US DISTRICT COURT