M13740/47538

# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

ALFONSO MELITON,

    Plaintiff,

vs.                                        NO. 05 2184 MI/P

WEPFER MARINE, INC.,

    Defendant.

## TMP ~~PROPOSED~~ ORDER ON MOTION TO AMEND COMPLAINT

It appearing that the plaintiff, Alfonso Meliton, has moved the court for an order pursuant to Rule 15.01 for leave to amend his complaint by changing the following paragraph:

    7.    Wepfer improperly classified Mr. Meliton as a "seamen" in order to avoid paying overtime as required by the act. Mr. Meliton's work was not done on a boat which was a means of transportation as required by the act for exemption. He worked on a permanently stationary barge that has been converted to Wepfer's offices.

Defense counsel neither consents to nor has any objection to said motion.

It is therefore, ORDERED, ADJUDGED AND DECREED that the plaintiff may amend his complaint as follows:

    7.    Wepfer improperly classified Mr. Meliton as a "seamen" in order to avoid paying overtime as required by the act. Mr. Meliton's work was not done on a boat which was a means of transportation as required by the act for exemption. He worked on a permanently stationary barge that has been converted to Wepfer's offices.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

_____
JUDGE

DATE: 5/17/05

_____
Jeffery Jarrat
1700 One Commerce Square
Memphis, TN 38103


THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL


By: _____
 Matthew C. Hardin (21505)
 Attorney for Plaintiff
 29th Floor, One Commerce Square
 40 South Main
 Memphis, TN 38103
 (901) 525-8721

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02184 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Matthew C. Hardin
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT