IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| ALFONSO MELITON,<br><br>    Plaintiff,<br><br>v.<br><br>WEPFER MARINE, INC.,<br><br>    Defendants. | No. 05-2184 Ml/P |

## ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 11, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two to three (2-3) days, is set to begin Monday, April 17, 2006 at 9:30 a.m. in courtroom no. 4.

2. A pretrial conference is set for Monday, April 10, 2006 at 9:00 a.m.

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on April 3, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-23-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __23__ day of May, 2005.

*[signature: Jon McCalla]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02184 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

Matthew C. Hardin
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT